UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALTERNATIVE HUMANE SOCIETY,<br><br>　　　　　　Defendant. | CASE NO. C20-1636JLR<br><br>ORDER REFERRING MOTION |

Before the court is *pro se* Plaintiff Geneva Langworthy's motion to appoint counsel. (Mot. (Dkt. # 6).) Ms. Langworthy alleges that Defendant Alternative Humane Society refused to accommodate her disabilities and applied discriminatory eligibility criteria against her with respect to her requests to re-adopt her service dog or to adopt a different dog. (*See* Compl. (Dkt. # 5) at 7-9.) She further alleges that Defendant retaliated against her for attempting to assert her rights under the Americans with

//

ORDER- 1

1 | Disabilities Act.  (*See id*.)  Ms. Langworthy filed a motion for appointment of counsel.
2 | (*See* Mot.)

3 |      This District has implemented a plan for court-appointed representation of civil
4 | rights litigants.  The plan currently in effect requires the court to assess a plaintiff's case
5 | before forwarding it to a pro bono screening committee for further review and a possible
6 | appointment of pro bono counsel.  *See* General Order No. 10-05, Section 3(c) (Aug. 12,
7 | 2010).  The court assesses the plaintiff's case to determine that it is not frivolous and that
8 | the plaintiff is financially eligible.  *Id.*  Ms. Langworthy's submissions satisfy the court
9 | that there is an adequate basis to refer her case to the Screening Committee.

10 |      Under Section 3(c) of the District's pro bono plan, the court DIRECTS the Clerk
11 | of the Court to forward Ms. Langworthy's complaint (Dkt. # 5), the motion to appoint
12 | counsel (Dkt. # 6), and the pleadings and documents filed to date to the Screening
13 | Committee.  *See* General Order No. 10-05, Section 3(c).  The court ORDERS the
14 | Screening Committee to review the case and make a recommendation to the court in
15 | accordance with the pro bono plan and the rules for the pro bono panel on or before
16 | January 15, 2021.  The Clerk shall RENOTE Ms. Langworthy's motion to appoint
17 | counsel (Dkt. # 6) for January 15, 2021, pending the Screening Committee's
18 | recommendation as to whether the court should appoint counsel.  *See* General Order No.
19 | 10-05, Section 3(f).
20 | //
21 | //
22 | //

ORDER- 2

Dated this 16th day of November, 2020.

*JAMES L. ROBART*
United States District Judge

ORDER- 3