UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALTERNATIVE HUMANE SOCIETY,<br><br>　　　　　　Defendant. | CASE NO. C20-1636JLR<br><br>ORDER |

Before the court is Plaintiff Geneva Langworthy's motion to appoint counsel. (Mot. (Dkt. # 6).) Ms. Langworthy, who is proceeding *pro se* and *in forma pauperis* (11/10/20 Order (Dkt. # 4)), seeks a court-appointed attorney, which the court has discretion to request on her behalf, *see* 28 U.S.C. § 1915(e)(1). On November 16, 2020, pursuant to the Western District of Washington's plan for court-appointed representation, the court concluded that Ms. Langworthy had demonstrated an adequate basis to refer her case to the Screening Committee. (11/16/20 Order (Dkt. # 7) at 2 (citing General Order

ORDER - 1

No. 10-05, Section 3(c) (Aug. 12, 2010)).)  The Screening Committee has recommended the appointment of counsel.

No later than March 5, 2021, the court DIRECTS the Clerk to identify counsel from the Pro Bono Panel who would be willing to represent Ms. Langworthy in this action.  If the Clerk cannot locate counsel within that timeframe who is willing to represent Ms. Langworthy on a pro bono basis, the court will be unable to appoint counsel.  If the Clerk timely identifies pro bono counsel, the court will issue an order of appointment.  The court further DIRECTS the Clerk to send a copy of this order to Ms. Langworthy and to the Western District of Washington's Pro Bono Coordinator.  Finally, the court DIRECTS the Clerk to renote Ms. Langworthy's motion for appointment of counsel (Dkt. # 6) for March 5, 2021.

Dated this 20th day of January, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2