1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENEVA LANGWORTHY, | CASE NO. C20-1636JLR |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| v. | |
| ALTERNATIVE HUMANE SOCIETY, | |
| Defendant. | |

The court GRANTS Plaintiff Geneva Langworthy's motion for appointment of counsel (Dkt. # 6) and appoints Molly Henry of Schwabe, Williamson & Wyatt, 1420 Fifth Avenue, Suite 3400, Seattle, WA 98101, (206) 405-1969, mhenry@schwabe.com, as counsel for Ms. Langworthy pursuant to the "Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions." *See* General Order No. 16-20 (Dec. 8, 2020).

//

ORDER - 1

1  Counsel is directed to file a Notice of Appearance within seven (7) calendar days.

2  If counsel is unable for a reason set forth in the Plan to assume this representation, a

3  motion for relief from appointment should immediately be filed with the assigned judge.

4  In the event Ms. Langworthy prevails, appointed counsel may move for an award of

5  attorney's fees under any applicable authority.  However, the court is unable to assure

6  counsel of compensation from any other source.

7  The Clerk is directed to send a copy of this order to Ms. Langworthy and to

8  counsel for Ms. Langworthy.

9  Dated this 5th day of March, 2021.

 

JAMES L. ROBART
United States District Judge