THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALTERNATIVE HUMANE SOCIETY,<br><br>　　　　Defendant. | Case No. 2:20-cv-01636-JLR<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Geneva Langworthy, hereby dismisses this action without prejudice.

Dated this 3rd day of May, 2021.

　　　　　　　　　　　　　　　　　　SCHWABE, WILLIAMSON & WYATT, P.C.

　　　　　　　　　　　　　　　　　　By:　/s/ Molly J. Henry
　　　　　　　　　　　　　　　　　　　　　Molly J. Henry, WSBA #40818
　　　　　　　　　　　　　　　　　　　　　Email: mhenry@schwabe.com
　　　　　　　　　　　　　　　　　　　　　1420 5th Avenue, Suite 3400
　　　　　　　　　　　　　　　　　　　　　Seattle, WA  98101-4010
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Geneva Langworthy*

PDX\MJHE\30748420.1

NOTICE OF VOLUNTARY DISMISSAL: CASE NO. 2:20-CV-01636-JLR - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-622-1711